IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN AND KATHY KISS

V.                                                          C.A. NO. 15-6572

STATE FARM INSURANCE COMPANY

## ORDER

AND NOW, this 16th day of May, 2016, upon consideration of the defendant's motion to dismiss and plaintiffs' response thereto, it is hereby ORDERED that the motion to dismiss [Doc. #3] is GRANTED.

The Complaint is DISMISSED with prejudice.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.